UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES REOPENING/CLOSING

Case No.  SACV 09-0118-AG(ANx)    Date  May 12, 2009

Title  COORSTEK, INC. V STEVEN REIBER, ET AL, ET AL

Present  ANDREW J. GUILFORD , Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

----------------------------------------------------------------------------------------------------

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

----------------------------------------------------------------------------------------------------

Proceedings:    ☐ In Court    X In Chambers    ☐ Counsel Notified

☐    Case previously closed in error.  Make JS-5.

X    Cases should have been closed on entry dated  3/3/09 .  Make JS-6.

☐    Case settled but may be reopened if settlement is not consummated within __ days.  Make JS-6.

☐    Other_____.

☐    Entered_____.

CV-74 (08/97)    Initials by Deputy Clerk  lmb